# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> **DEANDRE NOBLE STANFILL** <br><br> Defendant. | CR NO: **1:16 MJ - 00044 BAM** |

**SEALED**



FILED
APR 20 2016
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum    ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Deandre Noble Stanfill | |
| Detained at: | North Kern State Prison | |
| Detainee is: | a.) | ☒ charged in this district by:  ☐ Indictment  ☐ Information  ☒ Complaint <br> charging detainee with: 18 U.S.C. § 1959 |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary on 4-22-16 or as soon thereafter as possible for initial appearance in the EDCA.*

| | |
|---|---|
| Signature: | /s/ Kimberly A. Sanchez |
| Printed Name & Phone No: | KIMBERLY A. SANCHEZ |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 4/20/16

Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male  ☐ Female | |
| Booking or CDC #: | AB9516 | DOB: | |
| Facility Address: | 2737 W. Cecil Avenue, Delano, CA | Race: | black |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____  _____
(signature)