# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

        Plaintiff,

        v.

**DEANDRE NOBLE STANFILL**

        Defendant.

CR NO: 1:16-MJ-00044-BAM (003)

## AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Deandre Noble Stanfill | |
| Detained at | North Kern State Prison | |
| Detainee is: | a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint charging detainee with: 18 U.S.C. § 1959 | |
| or | b.) ☐ a witness not otherwise available by ordinary process of the Court | |
| Detainee will: | a.) ☐ return to the custody of detaining facility upon termination of proceedings | |
| or | b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility | |

*Appearance is necessary forthwith in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Kimberly A. Sanchez |
| Printed Name & Phone No: | KIMBERLY A. SANCHEZ |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: April 22, 2016

*/s/ Barbara A. McAuliffe*
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | AB9516 | DOB: | |
| Facility Address: | 2737 W. Cecil Avenue, Delano, CA | Race: | black |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____  _____
                                          (signature)